1

2

3

4

5 # UNITED STATES DISTRICT COURT

6 ### EASTERN DISTRICT OF CALIFORNIA

7

8 PRINCIPAL LIFE INSURANCE
COMPANY,

9                              Plaintiff,

10    v.

11

12 RAYMOND CALLOWAY, et al.,

13              Defendants.

14

15 _____/

Case No. 1:19-cv-00147-DAD-SKO

ORDER DISCHARGING ORDER TO
SHOW CAUSE

ORDER DIRECTING PLAINTIFF TO FILE
DESIGNATION OF COUNSEL, PROOFS
OF SERVICE AND REQUESTS FOR
ENTRY OF DEFAULT, AND STATUS
REPORT

(Doc. 24)

16          On September 6, 2019, the Court noted that Plaintiff had neither filed proofs of service of

17 the complaint on Defendants Bernice English, J.D. Florence, Jr., and the Estate of Geneva Perkins,

18 nor sought entry of default judgment against non-appearing Defendants Raymond Calloway and

19 Esther M. Lee. (Doc. 21.) The Court directed Plaintiff, on or before October 17, 2019, to file

20 either (1) proofs of service and requests for entry of default, as applicable for the above-identified

21

22 defendants, or (2) a status report indicating whether Plaintiff intends to continue to prosecute this

23 case against these defendants. (*Id.*) Plaintiff failed to file proofs of service, requests for entry of

24 default, or a status report as to any of the above-identified defendants.

25          On October 22, 2019, the Court vacated the scheduling conference set for October 24,

26 2019, and directed Plaintiff to show cause in writing as to why sanctions should not be imposed

27

28 for its failure to follow the Court's directive to file proofs of service, requests for entry of default,

or a status report. (Doc. 24.)

On October 23, 2019, Plaintiff filed a response. (Doc. 26.) Plaintiff represents that the law firm Wilson, Elser, Moskowitz, Edelman & Dicker is representing it in this case, and counsel of record, Donald P. Sullivan, Esq., left the firm in July 2019. (*Id.* at 1.) Plaintiff states the firm sent Mr. Sullivan a substitution of counsel, substituting another member of the firm, Lisa Silva Passalacqua, Esq., as counsel of record, but Mr. Sullivan did not execute and return the substitution of counsel to the firm. (*Id.* at 1–2.) Thus, Plaintiff states that "[t]hrough inadvertence, Wilson Elser was not receiving notifications and docket entries." (*Id.* at 2.) Lisa Silva Passalacqua, Esq. has now filed a notice of appearance in the case. (Doc. 25.)

Based on Plaintiff's representations, the Court's Order to Show Cause, (Doc. 24), is hereby discharged. However, Plaintiff must also file a designation of counsel for service stating that Donald P. Sullivan, Esq. has left the firm of Wilson, Elser, Moskowitz, Edelman & Dicker, and is no longer counsel of record for Plaintiff. *See* E.D. Cal. L.R. 182(c)(1).

Accordingly, IT IS ORDERED:

1.     The Court's order to show cause, (Doc. 24), is DISCHARGED.

2.     By no later than **November 1, 2019**, Plaintiff SHALL file a designation of counsel for service on the docket, stating that Donald P. Sullivan Esq. is no longer counsel of record for Plaintiff.

3.     By no later than **November 8, 2019**, Plaintiff SHALL file (1) proofs of service on Defendants Bernice English, J.D. Florence, Jr., and the Estate of Geneva Perkins, and requests for entry of default against Defendants Raymond Calloway and Esther M. Lee, OR notices of voluntary dismissal as to any of the above-identified defendants, if Plaintiff does not intend to prosecute the case against any of those defendants; AND (2) a status report confirming Plaintiff's

compliance with the terms of this Order, and advising the Court on how Plaintiff intends to proceed.


IT IS SO ORDERED.

Dated:     **October 29, 2019**                          /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE