UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>RAYMOND CALLOWAY, et al.,<br><br>  Defendants. | No. 1:19-cv-00147-DAD-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANT BERNICE ENGLISH<br><br>(Doc. 32) |

On November 5, 2019, Plaintiff filed a Notice of Voluntary Dismissal of Defendant Bernice English with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), indicating that Ms. English passed away on June 9, 2009. (Doc. 32.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111

F.3d 688, 692 (9th Cir. 1997).

Plaintiff filed its notice before Defendant Bernice English served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed Defendant Bernice English without prejudice and this case has automatically terminated as to that defendant. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of the Court is directed to TERMINATE Defendant Bernice English.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendants.

IT IS SO ORDERED.

Dated: **November 6, 2019** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE