UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | No. 1:19-cv-00147-DAD-SKO |
| Plaintiff, | |
| v. | ORDER TO DISBURSE INTERPLEAD FUNDS |
| RAYMOND CALLOWAY, et al., | (Doc. No. 62) |
| Defendants. | |

This matter is before the court on the application filed by attorney Daniel L. Harralson, on behalf of defendant Estate of Geneva Perkins (the "Estate"), to request a court order to disburse $5,000.00 from the principal funds interplead with the court (Doc. No. 70) to attorney Harralson as a retainer for his representation. (Doc. No. 62.)[1]

In support of the pending application, attorney Harralson declared that he was approached by defendant Ronald Calloway to represent the Estate in this interpleader action brought by plaintiff Principal Life Insurance Company. (*Id*. at 2.) Attorney Harralson also declared that he spoke with counsel for plaintiff, and that plaintiff had no objection to his representation of the Estate, and that Ronald Calloway stated no objections to the pending application for disbursement of interplead funds. (*Id*.)

---

[1] On May 19, 2020, the court received the interpleader deposit in the amount of $115,448.94 from plaintiff. (Doc. No. 70.)

1

On May 7, 2020, the court issued an order directing the parties to file a statement of non-opposition, or if any party wished to object to the pending application, to file any such objections by May 22, 2020.  (Doc. No. 67.)  To date, no objections have been filed and the deadline to do so has since passed.

The court has reviewed the application and will approve disbursal of funds as requested. Attorney Harralson's address of record is as follows:

> Daniel L. Harralson
> Daniel L. Harralson Law Corporation
> Post Office Box 26688
> Fresno, CA 93729

Accordingly, the Clerk of the Court is ordered to disburse $5,000.00 of the interplead funds to attorney Daniel L. Harralson as a retainer for his representation of the Estate in this action.

IT IS SO ORDERED.

Dated: __**May 26, 2020**__   _____
UNITED STATES DISTRICT JUDGE

2