UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>            Plaintiffs,<br><br>    v.<br><br>RAYMOND CALLOWAY, et.al.,<br><br>            Defendants. | 1:19-cv-00147 DAD SKO<br><br>NEW CASE NUMBER:<br><br>**1:19-cv-00147 SKO**<br><br>**ORDER REASSIGNING CASE** |

   All parties having executed consent forms, it is ordered that this matter be reassigned from the District Judge Dale A. Drozd docket to the docket of United States Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of Judgment.

   To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:19-cv-00147 SKO**

IT IS SO ORDERED.

   Dated:   **September 28, 2020**                    _____
                                                                                   UNITED STATES DISTRICT JUDGE

1