CRAIG A. TRISTAO #256528
**COLEMAN & HOROWITT, LLP**
499 W. Shaw Avenue, Suite 116
Attorneys at Law
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830
E-Mail: ctristao@ch-law.com

Attorneys for Defendant RAYMOND CALLOWAY

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | Case No. 1:19-cv-00147-SKO |
| Plaintiff/Stakeholder, | **AMENDED ORDER TO DISBURSE FUNDS** |
| v. | (Doc. 136) |
| RAYMOND CALLOWAY, BERNICE ENGLISH, FANNIE M. BEARD, ESTHER M. LEE, ROSE MARY PORTIS, RONALD CALLOWAY, DAISY CALLOWAY, RODNEY CALLOWAY, J.D. FLORENCE, JR., and the ESTATE OF GENEVA PERKINS, | Action Filed: February 1, 2019
Trial Date: Not Applicable
Judge: Honorable Sheila K. Oberto |
| Defendants/Claimants. | |

### I.   INTRODUCTION

The matter before the Court is DEFENDANT RAYMOND CALLOWAY ("Raymond")'s ORDER TO DISBURSE FUNDS submitted to the Court on September 15, 2021, and revised on September 17, 2021. (Doc. 136.) A STIPULATION TO ALLOW DISTRIBUTION PRIOR TO EXPIRATION OF TIME TO APPEAL (Doc. 133) and REQUEST FOR DISMISSAL (Doc. 134) were also submitted to the Court for its consideration on September 15, 2021. The Court has considered the filings and, for the reasons set forth below, the Court orders that the funds be dispersed.

### II.   BACKGROUND

Geneva Perkins ("Decedent") had an annuity with Plaintiff (the "Annuity") since 2008. (Doc. 118 at 2, citing Doc. 109-1 at 2.) The application for the Annuity originally designated

Decedent's nephew, Raymond Calloway ("Raymond"), as the primary beneficiary. (*Id.*) In the ensuing years, the beneficiary of the Annuity changed several times, with each of Bernice English, Fannie Beard, Esther M. Lee, Rose Mary Portis, Ronald Calloway ("Ronald"), Daisy Calloway ("Daisy"), Rodney Calloway ("Rodney"), and J.D. Florence, Jr. ("Florence") having been named the primary beneficiary or beneficiaries at one point. (*Id.*, citing Doc. 109-1 at 2–4.) In 2015, allegations of elder abuse of Decedent were raised, in addition to questions about Decedent's competency, and in 2016, Plaintiff changed the beneficiary on the Annuity to Decedent's estate. (*Id.*; *see* Doc. 109-1 at 3, 5.)

Decedent died on November 18, 2018. (Doc. 118, citing Doc. 109-1 at 5.) Raymond, Beard, Lee, Portis, Ronald, Daisy, Rodney, and Florence (collectively, "Defendants") were not able to reach an agreement regarding the proceeds of the Annuity. (*Id.*, citing Doc. 109-1 at 5.) Unable to determine the proper beneficiary, Plaintiff initiated this interpleader action against Defendants on February 1, 2019. (Doc. 1.) On March 17, 2020, the Court ordered Plaintiff to deposit interpleader funds with the United States District Court, Eastern District of California, and further ordered the Clerk of the Court to deposit those funds in an interest bearing account. (Doc. 59.) On May 19, 2020, the Court received from Plaintiff the interpleader deposit in the amount of $115,448.94, which is the annuity benefit payable under the Annuity plus interest. (Doc. 118, citing Doc. 70.) On May 27, 2020, the Court ordered that $5,000 of the deposited funds be disbursed to Daniel L. Harralson, Esq., counsel to the Decedent's estate, as a retainer for his representation. (Doc. 118 at 2 n.5, citing Doc. 77.) The retainer amount was disbursed on June 24, 2020. (Doc. 91.)

On September 29, 2020, Plaintiff filed a motion for attorneys' fees and for dismissal with prejudice. (Doc. 109.) On February 24, 2021, the Court issued the order granting Plaintiff PRINCIPAL LIFE INSURANCE COMPANY'S MOTION FOR ORDER OF DISCHARGE, awarding Plaintiff $10,197.50, to be paid from the funds deposited with the Court. (Doc. 118.)

Thereafter, on March 10, 2021, the Court, issued its ORDER REGARDING SETTLEMENT CONFERENCE PROCEDURES (Doc. 120), which set the settlement conference between the remaining Defendants to occur on April 8, 2021, at 1:00 p.m. before Magistrate Judge Erica P. Grosjean. On April 8, 2021, Defense Counsel Craig Tristao and Defendant Raymond Calloway, and Pro Se Defendants Fannie Beard, Rose Mary Portis, Ronald Calloway, Daisy Calloway, and Rodney

Calloway appeared before Magistrate Judge Erica P. Grosjean and advised the Court the Parties had SETTLED IN PRINCIPLE and were finalizing a settlement agreement; in response the Court ordered all pending deadlines and hearings then currently before the Court to be vacated. (Doc. 122.)

On June 11, 2021, Defense Counsel submitted a STATEMENT OF SETTLEMENT STATUS (Doc. 124), which advised the parties had agreed to terms of settlement and had fully-executed a Settlement Agreement which provided for remaining funds on deposit with the Clerk to be distributed as follows:

1. $2,500.00 to be paid to Fannie Beard;
2. The remainder to be distributed to the Calloway Defendants in equal portions as follows:
    a. One-third to Raymond Calloway;
    b. One-third to Rodney Calloway; and,
    c. One-third to Ronald and Daisy Calloway.

In response to the statement, the Court, on June 14, 2021, ordered the parties to file dispositional documents by no later than June 24, 2021. (Doc. 125.) A STATEMENT OF SETTLEMENT STATUS (Doc. 126) was filed on June 21, 2021, stating that dispositional papers were forthcoming, in response to which the Court granted an extension to July 12, 2021, to file dispositional papers. (Doc. 127.) Following several extensions, Defendants provided the Court with the instant request for an order to disburse funds. (Docs. 134, 136.)

## III.   DISCUSSION

Local Rules of the United States District Court, Eastern District of California, Rule ("Local Rule") 150 provides the following at subsections (d) and (e):

(d) **Order for Deposit or Disbursement - Interest-Bearing Account.** Whenever a party seeks a court order for money to be deposited in, or disbursed from, an interest-bearing account, the party shall email a copy of the proposed order to the Court's financial unit, at financial@caed.uscourts.gov, which will inspect the proposed order for proper form and content and compliance with the Rule before signature by the Court.

(e) **Order for Disbursement of Registry Funds.** At such time as registry funds are to be disbursed, an order directing the Clerk, which must be clearly entitled "Order to Disburse Funds," shall be presented to the presiding judge before whom the action is pending for approval and signature. The order must indicate which parties are entitled to principal and any accrued interest. It must also contain the name and

mailing address of the party entitled to said funds, unless forbidden elsewhere in this Court's local rules, in which case the information may be redacted and/or provided directly to the Court's financial office. Funds will only be disbursed after the time for appeal has expired, or upon written stipulation by all parties approved by the court. A copy of the proposed disbursement order shall be delivered promptly to the Court's financial unit for inspection pursuant to (d).

The Court has been advised that a copy of the proposed order was emailed to the Court's financial unit at financial@caed.uscourts.gov on September 15, 2021, as required by subsection (d). Moreover, the parties have stipulated to an ORDER TO DISBURSE FUNDS issuing before the time for an appeal has been filed. (Doc. 130.) Accordingly, the Court orders that the funds interpleaded by Plaintiff be disbursed as set forth below.

### IV.   CONCLUSION AND ORDER

Based on the foregoing, the Court hereby ORDERS as follows:

1. The funds interpleaded with the Court can be disbursed prior to the expiration of time to appeal (*see* Doc. 133);

2. DEFENDANT FANNIE M. BEARD is AWARDED $2,500.00 pursuant to the Settlement Agreement between the parties; the Clerk of the Court is ordered to disburse $2,500.00 from the funds deposited with the Court, made payable via a check to "FANNIE M. BEARD" and mailed to her address of record at 1242 W. California, Fresno, CA 93706;

3. Pursuant to the Settlement Agreement between the parties, the Clerk of the Court is ordered to disburse the remainder of funds deposited with the Court, including any interest that has accrued, following the above distribution, less administrative fees, if any, in equal amounts as follows:

    a. One-third to DEFENDANT RAYMOND CALLOWAY via check made payable to "RAYMOND CALLOWAY" and mailed to his attorneys of record, Coleman & Horowitt, LLP, 499 W. Shaw Ave., Suite 116, Fresno, CA 93704;

    b. One-third to DEFENDANT RODNEY CALLOWAY via check made payable to "RODNEY CALLOWAY" and mailed to RODNEY CALLOWAY at his address of record, 824 C Street, Apt 202, Fresno, CA 93706; and

    c. One-third to DEFENDANTS RONALD and DAISY CALLOWAY, via check

made payable to "RONALD CALLOWAY AND DAISY CALLOWAY" and mailed to RONALD CALLOWAY AND DAISY CALLOWAY at their address of record, 3605 Sunnyside Avenue, Clovis CA 93611;

4. DEFENDANT ROSEMARY PORTIS takes nothing;

5. DEFENDANT THE ESTATE OF GENEVA PERKINS takes nothing; and

6. Following the disbursement of funds pursuant to this order, the Court shall direct the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:   **September 27, 2021**                    /s/ *Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE